No. 559.   BANDY v. MUNICIPAL COURT OF SAN ANTONIO
JUDICIAL DISTRICT, LOS ANGELES COUNTY, CALIFORNIA,
ET AL.   District Court of Appeal of California, Second
Appellate District.   Certiorari denied.   *Wendell W.
Schooling* for petitioner.

No. 563.   DEVIDAYAL (SALES) LTD. v. IIDA & Co., NEW
YORK, INC.   Court of Appeals of New York.   Certiorari
denied.   *Peter Belsito* for petitioner.   *Alfred Rathheim*
for respondent.

No. 564.   OLESEN v. TRUST COMPANY OF CHICAGO,
TRUSTEE, ET AL.   C. A. 7th Cir.   Certiorari denied.   *David
B. Perley* for petitioner.

No. 116, Misc.   ROGERS v. TEETS, WARDEN.   C. A. 9th
Cir.   Certiorari denied.   Petitioner *pro se.*   *Edmund G.
Brown*, Attorney General of California, *Clarence A. Linn*,
Assistant Attorney General, and *Arlo E. Smith*, Deputy
Attorney General, for respondent.

No. 117, Misc.   BURWELL v. TEETS, WARDEN.   C. A.
9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Edmund
G. Brown*, Attorney General of Califoria, *Clarence A.
Linn*, Assistant Attorney General, and *Arlo E. Smith*,
Deputy Attorney General, for respondent.

No. 140, Misc.   LIEBLICH v. UNITED STATES.   C. A.
2d Cir.   Certiorari denied.   *Daniel H. Greenberg* for
petitioner.   *Solicitor General Rankin, Warren Olney, III,*
then Assistant Attorney General, and *Beatrice Rosenberg*
for the United States.